**RECEIVED**

JUL 0 6 2023

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF MO**
**ST. LOUIS**

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

)
)
)
)
)
)
)          **Complaint for a Civil Case**
)
)
Matthew W Miller          )
)
)          Case No.
*(Write the full name of each plaintiff*          )          *(to be assigned by Clerk of*
*who is filing this complaint.   If the*          )          *District Court)*
*names of all the plaintiffs cannot fit in*          )
*the space above, please write "see*          )
*attached" in the space and attach an*          )
*additional page with the full list of*          )          Plaintiff requests trial by jury:
*names.)*          )          ☑ Yes      ☐ No
)
**v.**          )
)
)
)
)
)
)
)
*(Write the full name of each defendant.*          )
*The caption must include the names of*          )
*all of the parties. Fed. R. Civ. P. 10(a).*          )
*Merely listing one party and writing "et*          )
*al." is insufficient. Attach additional*          )
*sheets if necessary.)*          )

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-2731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Dan Wilcot |
| Job or Title | Judge |
| Street Address | |
| City and County | |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

I.     **The Parties to This Complaint**

   A.     **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach
   additional pages if needed.

   | | |
   |---|---|
   | Name | Matthew W. Miller |
   | Street Address | 1015 Grupp Rd. |
   | City and County | Saint Louis, Saint Louis |
   | State and Zip Code | Missouri, 63131 |
   | Telephone Number | 636-392-8731 |
   | E-mail Address | |

   B.     **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the
   defendant is an individual, a government agency, an organization, or a corporation. For
   an individual defendant, include the person's job or title (if known). Attach additional
   pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | William K. Busch |
   | Job or Title | |
   | Street Address | 100 N Broadway |
   | City and County | St. Louis City |
   | State and Zip Code | Missouri 63102 |
   | Telephone Number | |
   | E-mail Address | |

   *(If more than one defendant is named in the complaint, attach an additional
   page providing the same information for each additional defendant.  If you are
   suing for violation of your civil rights, you must state whether you are suing
   each defendant in an official capacity, individual capacity, or both.)*

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd. |
| City and County | Saint Louis , Saint Louis |
| State and Zip Code | Missouri , 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Lynn A. Miller |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | 314-550-1234 |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Tracey Peters |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _Matthew W Miller_

Street Address _1015 Grupp Rd_

City and County _Saint Louis, Saint Louis_

State and Zip Code _Missouri, 63131_

Telephone Number _636-392-8731_

E-mail Address _mwmiller63090@outlook.com_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name _Brad Harrison_

Job or Title ___

Street Address ___

City and County _Jefferson City,_

State and Zip Code _Missouri_

Telephone Number ___

E-mail Address ___

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis , Saint Louis |
| State and Zip Code | Missouri , 63131 |
| Telephone Number | 636 - 392 - 8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Greg Armstrong |
| Job or Title | |
| Street Address | |
| City and County | Chicago |
| State and Zip Code | Illinois |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Crupp Rd. |
| City and County | Saint Louis, St. Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Thomas Hartgrewe |
| Job or Title | Judge |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.  If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name                        Matthew W. Miller
Street Address              1015 Grupp Rd.
City and County             Saint Louis, St. Louis
State and Zip Code          Missouri, 63131
Telephone Number            636-392-8731
E-mail Address              mwmiller63090outlook.com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

Name                        Dennis Hammond
Job or Title                Judge
Street Address
City and County
State and Zip Code          Illinois
Telephone Number
E-mail Address

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.  If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

Name _____ Matthew W. Miller _____

Street Address _____ 1015 Grupp Rd. _____

City and County _____ Saint Louis , St, Louis _____

State and Zip Code ____ Missouri , 63131 _____

Telephone Number _____ 636 - 392 - 8731 _____

E-mail Address _____ mwmiller63090 outlook, com _____

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

Name _____ Micheal Tegeler _____

Job or Title _____

Street Address _____

City and County _____

State and Zip Code ___ Missouri _____

Telephone Number _____

E-mail Address _____

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.  If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis , St. Louis |
| State and Zip Code | Missouri , 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | James Granger |
| Job or Title | |
| Street Address | |
| City and County | Olive , |
| State and Zip Code | Missouri , |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd. |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636 - 392 - 8731 |
| E-mail Address | mwmiller63690@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Matthew Levingston |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.  If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, St. Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Julie Parson |
| Job or Title | |
| Street Address | |
| City and County | St. Charles |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, St. Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Richard Beanumann |
| Job or Title | |
| Street Address | |
| City and County | New Melle, St. Charles |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Agustus William Busch |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Eric Emerson |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Joel Emerson |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | Missouri, |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Vivian Emerson |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

Name _Matthew W. Miller_

Street Address _1015 Grupp Rd_

City and County _Saint Louis, Saint Louis_

State and Zip Code _Missouri, 63131_

Telephone Number _636-392-8731_

E-mail Address _mwmiller63090@outlook.com_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

Name _John Morris_

Job or Title _____

Street Address _____

City and County _Springfield,_

State and Zip Code _Missouri,_

Telephone Number _____

E-mail Address _____

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Luke Bryan |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | Georgia |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | John Paul Morrison |
| Job or Title | |
| Street Address | |
| City and County | Springfield |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Matthew Miller |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd. |
| City and County | Saint Louis, St. Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Steven Spielberg |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.  If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jerry Bruckhiemer |
| Job or Title | |
| Street Address | |
| City and County | Las Angeles |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jeffery Goldberg |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kim Kardashian |
| Job or Title | |
| Street Address | |
| City and County | Los Angeles |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Mark Lenuar |
| Job or Title | |
| Street Address | |
| City and County | Owensville |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.  If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

Name _____ Matthew W. Miller _____

Street Address _____ 1015 Grupp Rd _____

City and County _____ Saint Louis, Saint Louis _____

State and Zip Code _____ Missouri, 63131 _____

Telephone Number _____ 636-392-8731 _____

E-mail Address _____ mwmiller63090@outlook.com _____

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

Name _____ Donald Trump _____

Job or Title _____

Street Address _____

City and County _____

State and Zip Code _____ Florida _____

Telephone Number _____

E-mail Address _____

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Ivanka Trump |
| Job or Title | |
| Street Address | |
| City and County | New York |
| State and Zip Code | New York |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-2731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Dave Hoven |
| Job or Title | Judge |
| Street Address | |
| City and County | |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Tim Jones |
| Job or Title | |
| Street Address | 105 Terry Lane |
| City and County | Washington, Franklin |
| State and Zip Code | Missouri |
| Telephone Number | 636-667-1827 |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Sherry Jones |
| Job or Title | |
| Street Address | 105 Terry Lane |
| City and County | Washington, Franklin |
| State and Zip Code | Missouri, 63090 |
| Telephone Number | 636-667-1826 |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Toni Miller |
| Job or Title | |
| Street Address | |
| City and County | Gerald |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.  If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Ryan Miller |
| Job or Title | |
| Street Address | |
| City and County | Rosebud Gerald, |
| State and Zip Code | Missouri, |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Steve Bates |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd. |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-2731 |
| E-mail Address | mumiller63090@outlook.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Steven Cantenary |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

Name                    Matthew W. Miller
Street Address          1015 Grupp Rd
City and County         Saint Louis, Saint Louis
State and Zip Code      Missouri, 63131
Telephone Number        636-392-8731
E-mail Address          mwmiller63090@outlook.com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

Name                    Jesse Strickland
Job or Title
Street Address
City and County         Bridgeton
State and Zip Code      Missouri
Telephone Number
E-mail Address

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Matthew W. Miller
Street Address          1015 Grupp Rd
City and County         Saint Louis, Saint Louis
State and Zip Code      Missouri, 63131
Telephone Number        636-392-8731
E-mail Address          mwmiller63090@outlook.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name                    Dave Mungenast Jr
Job or Title
Street Address
City and County         Saint Louis,
State and Zip Code      Missouri
Telephone Number
E-mail Address

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Joesph Purscke |
| Job or Title | Judge |
| Street Address | |
| City and County | Union, Franklin |
| State and Zip Code | Missouri, 63084 |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Craig E. Hellmann |
| Job or Title | Judge |
| Street Address | |
| City and County | Franklin |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.  If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _Matthew W. Miller_

Street Address _1015 Grupp Rd_

City and County _Saint Louis, Saint Louis_

State and Zip Code _Missouri, 63131_

Telephone Number _636-392-8731_

E-mail Address _mwmiller63090@outlook.com_

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name _Marsha Adams_

Job or Title _____

Street Address _____

City and County _Gerald, Franklin_

State and Zip Code _Missouri, 63131_

Telephone Number _636-392-8731_

E-mail Address _mwmiller63090@outlook.com_

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kurt Understall |
| Job or Title | |
| Street Address | |
| City and County | Washington, Franklin |
| State and Zip Code | Missouri, 63090 |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Ada |
| Job or Title | Judge |
| Street Address | |
| City and County | Hermann |
| State and Zip Code | Missouri, 65041 |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name              Matthew W. Miller

Street Address    1015 Crupp Rd.

City and County   Saint Louis, Saint Louis

State and Zip Code   Missouri, 63131

Telephone Number   636-392-8731

E-mail Address    mwmiller63090@outlook.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name              Scott Schaferkotter

Job or Title      State Representative

Street Address

City and County

State and Zip Code   Missouri

Telephone Number

E-mail Address

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, St. Louis |
| State and Zip Code | Missouri , 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Chad Mittelhauser |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.  If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis , Saint Louis |
| State and Zip Code | Missouri , 63131 |
| Telephone Number | 636 - 392 - 8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Derrick Lynch |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63031 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Brian Vogt |
| Job or Title | |
| Street Address | |
| City and County | Washington |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.  If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Nathan Harrison |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

**I.     The Parties to This Complaint**

    **A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

    **B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Rodney Jett |
| Job or Title | |
| Street Address | |
| City and County | Owensville, Gasconade |
| State and Zip Code | Missouri, 65066 |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.  If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Micheal Miller |
| Job or Title | |
| Street Address | |
| City and County | Owensville, Gasconade |
| State and Zip Code | Missouri, 65066 |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Nancy Miller |
| Job or Title | |
| Street Address | |
| City and County | Owensville, Gasconade |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis , Saint Louis |
| State and Zip Code | Missouri , 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jody Miller |
| Job or Title | |
| Street Address | |
| City and County | Tulsa |
| State and Zip Code | Oklahoma |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.  If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                     Matthew W. Miller
Street Address           1015 Crupp Rd
City and County          Saint Louis , Saint Louis
State and Zip Code       Missouri , 63131
Telephone Number         636-392-8731
E-mail Address

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name                     James Decker
Job or Title
Street Address
City and County          Owensville , Gasconade
State and Zip Code       Missouri , 65066
Telephone Number
E-mail Address

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name                    Matthew W. Miller
Street Address          1015 Grupp Rd
City and County         Saint Louis, Saint Louis
State and Zip Code      Missouri, 63131
Telephone Number        636-392-8731
E-mail Address

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

Name                    Scott Barrick
Job or Title
Street Address
City and County         Owensville      Gasconade
State and Zip Code      Missouri        65066
Telephone Number
E-mail Address

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.  If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, St. Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jeremy Perkins |
| Job or Title | |
| Street Address | |
| City and County | Canaan, Gasconade |
| State and Zip Code | Missouri, 65014 |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Matthew W. Miller

Street Address      1015 Grupp Rd.

City and County     Saint Louis, Saint Louis

State and Zip Code   Missouri, 63131

Telephone Number   636-392-8731

E-mail Address

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name            Leslie Perkins

Job or Title

Street Address

City and County     Canaan, Gasconade

State and Zip Code   Missouri, 65014

Telephone Number

E-mail Address

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

Name                Matthew W Miller

Street Address      1015 Grupp Rd

City and County     Saint Louis, Saint Louis

State and Zip Code  Missouri, 63131

Telephone Number    636-392-8731

E-mail Address      Mwmiller63090@outlook.com

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

Name                Citizens Bank

Job or Title

Street Address      1 Citizens Plz

City and County     Providence

State and Zip Code  Rhode Island, 02903

Telephone Number    401-456-7096

E-mail Address

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.  If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis , Saint Louis |
| State and Zip Code | Missouri , 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Amber Harness |
| Job or Title | |
| Street Address | |
| City and County | Owensville , Gasconade |
| State and Zip Code | Missouri, 65066 |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd. |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Donald Jasper |
| Job or Title | |
| Street Address | |
| City and County | Washington, Franklin |
| State and Zip Code | MO, 63090 |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Miles Adkinson |
| Job or Title | |
| Street Address | |
| City and County | Union, Franklin |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.  If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd. |
| City and County | Saint Lewis, Saint Lewis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Michelle Adkinson |
| Job or Title | Retired Army |
| Street Address | |
| City and County | |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.  If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis , Saint Louis |
| State and Zip Code | Missouri , 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jerry Adkinson |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.  If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W Miller |
| Street Address | 1015 Grupp Rd. |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Albert Bond |
| Job or Title | |
| Street Address | |
| City and County | Saint Louis |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.  If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd. |
| City and County | Saint Louis , Saint Louis |
| State and Zip Code | Missouri , 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@ |

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Gary Perinar |
| Job or Title | |
| Street Address | |
| City and County | Chicago |
| State and Zip Code | Illinois |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ~~Matt Miller~~ Matthew W, Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis , Saint Louis |
| State and Zip Code | Missouri , 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mumiller6309C@outlook.com |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Doug McCarron |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Matthew W. Miller_

Street Address _1015 Grupp Rd_

City and County _Saint Louis, Saint Louis_

State and Zip Code _Missouri, 63131_

Telephone Number _636-392-8731_

E-mail Address _mwmiller63090@outlook.com_

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name _Jeffery Isaacson_

Job or Title _____

Street Address _____

City and County _____

State and Zip Code _Illinois_

Telephone Number _____

E-mail Address _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

**I.      The Parties to This Complaint**

**A.      The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mumiller63090@outlock.com |

**B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kurt Brussels |
| Job or Title | |
| Street Address | |
| City and County | Saint Louis |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Shawn Jordan |
| Job or Title | |
| Street Address | |
| City and County | Desoto, Jefferson |
| State and Zip Code | Missouri, |
| Telephone Number | 636-236-2004 |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.  If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Tony Marks |
| Job or Title | |
| Street Address | |
| City and County | St. Charles, |
| State and Zip Code | Missouri, |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jared Beanumann |
| Job or Title | |
| Street Address | |
| City and County | New Melle, St. Charles |
| State and Zip Code | Missouri, |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Brad Pitt |
| Job or Title | |
| Street Address | |
| City and County | Springfield, |
| State and Zip Code | Missouri, |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd. |
| City and County | Saint Lewis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mumiller63090@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jennifer Aniston |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller63090@outlook |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Ben Blanton |
| Job or Title | |
| Street Address | |
| City and County | St. Peters, St. Charles |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis, Saint Louis |
| State and Zip Code | Missouri, 63131 |
| Telephone Number | 636-392-8731 |
| E-mail Address | mwmiller6309@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jeffery Blanton |
| Job or Title | |
| Street Address | |
| City and County | St. Peters, St. Charles |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew W. Miller |
| Street Address | 1015 Grupp Rd |
| City and County | Saint Louis , Saint Louis |
| State and Zip Code | Missouri , 63131 |
| Telephone Number | 636 - 392 - 8731 |
| E-mail Address | mw miller63090@outlook.com |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Paul Schmanke |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A.    Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Treason, imparing, extorsion, embesslement, assult

### B.    Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

Thomas Hartgrewe, Dan Wilcet, Brad Harrison, Dennis Hammond Gregory Armstrong, Audrey Flessing

### C.    Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.    The Plaintiff(s)

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _Dan Wilcot_____, is a citizen

of the State of *(name)* _____ *Or* is a citizen

of *(foreign nation)* _____ .


If the defendant is a corporation

The defendant, *(name)* _____ .

is incorporated under the laws of the State of *(name)*

_____ , and has its principal place of

business in the State of *(name)* _____ *Or*

is incorporated under the laws of the State of *(foreign nation)*

_____ , and has its principal place

of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:    It adds up that way.

4

### III.    Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1.  What happened to you?    I am taken over.
2.  When did it happen?     1995 to present
3.  Where did it happen?    Mostly Missouri
4.  What injuries did you suffer? Around 400 concussions, internal bleeding, hyper extensic
5.  What did each defendant personally do, or fail to do, to harm you? lazeration, spine damages,

Intensionally hurt, ded harm.                              upper and lower back pai.
                                                           arm fracture, chest brea
                                                           broken jaw, nose, hands
                                                           dislocated ribs, mangaled
                                                           toes, busted poluk

### IV.    Relief

State briefly and precisely what damages or other relief you want from the Court.  Do not make legal arguments.    I want huge amounts of money from these people and the people that help them.

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☑   No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☑   No ☐

Do you claim punitive monetary damages?

Yes ☑   No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _5th_ day of _July_, 20_23_.

Signature of Plaintiff(s) _Matthew W. Miller_

6