**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MATTHEW W. MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-CV-00864 SPM |
| DAN WILCOT, et al. | ) ) ) |
| Defendants. | ) |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

In accordance with the Memorandum and Order entered herewith,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 11th day of July, 2023.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE