RECEIVED

NOV 29 2023

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Matthew W. Miller ,          )
Plaintiff(s),                )
                             )
                             )
vs.                          )      Case No. 4:23-cv-00864-SPM
                             )
Dan Wilcot ,                 )
Defendant(s).                )
                             )
                             )

## NOTICE OF APPEAL

Notice is hereby given that Matthew W. Miller ,
appeal(s) to the United States Court of Appeals for the Eighth
Circuit from the final judgment entered in this action on the
11th day of July , 2023 .

Signed this 28th day of November , 2023 .

_____
Matthew W. Miller
Signature of plaintiff(s)

**NOTE: IF YOU ARE NOT A PRISONER AND WERE PREVIOUSLY GRANTED LEAVE
TO PROCEED IN FORMA PAUPERIS IN THIS CASE, YOU DO NOT NEED TO
SUBMIT A MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL
AND AFFIDAVIT IN SUPPORT. See Fed. R. App. 24(a).**